UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOCRATES PAPACEORGIO,                )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )      CASE NO. 8:15-cv-02537-SCB-TGW
                                     )
DISCOVER FINANCIAL SERVICES, INC.,   )
                                     )
        Defendant.                   )
_____/     )

### DISCOVER BANK'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW Defendant, Discover Products Inc., incorrectly named Discover Financial Services, Inc. ("Discover"), by and through its undersigned counsel, and hereby files this Unopposed Motion for Extension of Time to Respond to the Complaint, stating as follows:

1.      Plaintiff, Socrates Papaceorgio, initiated this action by filing a Complaint on October 28, 2015.

2.      Discover's response to the complaint is due on December 9, 2015.

3.      Discover respectfully requests additional time, up to and including December 23, 2015, to investigate the claims in the Complaint in order to prepare a meaningful response to the Complaint.

4.      Counsel for Plaintiff has no objection to this request for extension.

5.      This extension is not requested for purposes of undue delay or prejudice or any other improper purpose.

WHEREFORE, Discover, respectfully requests this Court enter an order extending its responsive pleading deadline up to and including **December 23, 2015.**

Respectfully submitted this 3rd day of December, 2015.

*/s/ Jacqueline Simms-Petredis*
David Elliott, Esq.
FL Bar # 0094237
Email: flservice@burr.com
Secondary email:
delliott@burr.com; cwingate@burr.com
Jacqueline Simms-Petredis, Esq.
FL Bar # 0906751
Email: flservice@burr.com
Secondary     email:     jsimms-petredis@burr.com;
codom@burr.com
Burr & Forman LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 221-2626
Fax: (813) 357-3534

*Attorneys for Discover Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the

CM/ECF System which will furnish an electronic notice this 3rd day of December, 2015 to:

Frank H. Kerney, III, Esq.
Morgan & Morgan, P.A.
201 N. Franklin St., Ste. 700
Tampa, FL 33602
fkerney@forthepeople.com

*/s/ Jacqueline Simms-Petredis*
Jacqueline A. Simms-Petredis