UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOCRATES PAPACEORGIO,

    Plaintiff,

-vs-                                                             CASE NO.: 8:15-cv-2537-SCB-TGW

DISCOVER FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Socrates Papaceorgiou, and the Defendant, Discover Financial Services, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 11th day of January, 2016.

| | |
|---|---|
| */s/Frank Kerney, III* | */s/Jacqueline A. Simms-Petredis* |
| Frank Kerney, III, | Jacqueline A. Simms-Petredis, Esq. |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 201 North Franklin Street, Suite 3200 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Tele: (813) 223-5505 | Tele: (813) 367-5751 |
| Fax: (813) 223-5402 | Fax: (813) 221-7335 |
| Florida Bar#: 88672 | jsimms-petredis@burr.com |
| Attorney for Plaintiff | Florida Bar#: 906751 |
| | Attorney for Defendant |